```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. THOMAS AND ST. JOHN
```

JUDITH WHEATLEY,                    )
                                    )
        Plaintiff,              )
                                    )
        v.                      )   Civil No. 2016-58
                                    )
KENNETH E. MAPP, GOVERNOR OF THE    )
VIRGIN ISLANDS IN HIS INDIVIDUAL    )
CAPACITY, OSBERT POTTER, LT.        )
GOVERNOR IN HIS INDIVIDUAL          )
CAPACITY,                           )
                                    )
        Defendants.             )
                                    )

**ATTORNEYS:**

**Lee J. Rohn**
St. Croix, U.S.V.I.
    *For the plaintiff.*

**Kevin A. Rames**
Law Office of Kevin A. Rames, P.C.
St. Croix, U.S.V.I.
    *For the defendants.*

## JUDGMENT

**GÓMEZ, J.**

    On November 16, 2016, a mediation conference was held before the Honorable Susan D. Wigenton in the above captioned matter. Following the conference, the parties advised Judge Wigenton on the record that they had entered a settlement agreement resolving all claims. The premises considered, it is hereby

    **ORDERED** that the parties' settlement agreement is **APPROVED**; it is further

*Wheatley v. Mapp, et al.*
Civil No. 2016-58
Order
Page 2

  **ORDERED** that the trial setting in this matter is **VACATED**; it is further

  **ORDERED** that all pending motions in this case are **MOOT**; it is further

  **ORDERED** that this case is **DISMISSED**; it is further

  **ORDERED** that the Clerk of the Court shall **CLOSE** this case; and it is further

  **ORDERED** that the Court shall retain jurisdiction over this matter until February 14, 2017, to enforce the settlement agreement.

            S\_____
             **Curtis V. Gómez**
             **District Judge**